UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Edwin Torres | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 12-18787-MDC |
|  | : | Second Application for Compensation |
|  | : | of Attorney Fees for Services |
|  | : | Rendered from 11/28/2014 to 8/1/2016 |

CERTIFICATION OF NO RESPONSE TO
SECOND APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtors, hereby certifies the following:

1. That a Second Application for Compensation of Attorney Fees was filed on or about August 1, 2016.

2. Notice was served upon all creditors and interested parties on or about August 1, 2016.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Second Application for Compensation of Attorney Fees be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor