UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Edwin Torres | : | Chapter 13 |
|---|---|---|
| **Debtor** | : | Bankruptcy No. 12-18787-MDC |
| | : | |
| | : | Motion to Modify Plan |
| | : | Post Confirmation |

## CERTIFICATION OF NO RESPONSE TO
## MOTION TO MODIFY PLAN POST CONFIRMATION

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That a Motion to Modify Plan Post Confirmation was filed on July 14, 2016.

2. Notice of the Motion to Modify Plan Post Confirmation was served upon all creditors and interested parties on or about July 14, 2016.

3. There has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Motion to Modify Plan Post confirmation be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor