UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Edwin Torres | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 12-18787-MDC |
| | : | |
| | : | Second Application for Compensation |
| | : | of Attorney Fees for Services |
| | : | Rendered from 11/28/2014 to 8/1/2016 |

ORDER TO APPROVE SECOND APPLICATION
FOR COMPENSATION OF ATTORNEY FEES

AND NOW, this 1st day of September, 2016, upon consideration of Second Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $ 1,050.00 ($3,052.00 reduced by $1,952.00) in compensation for attorney fees and    $ 0.00 in reimbursement of actual, necessary expenses are approved for costs and the amount owed of $ 1,050.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_____
Hon. Magdeline D. Coleman    J.
United States Bankruptcy Judge