United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 12-18787-mdc
Edwin Torres                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 02, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
db              +Edwin Torres,    2111 Granite Street,    Philadelphia, PA 19124-2207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     JEFFERY A. FOURNIER    on behalf of Debtor Edwin  Torres jefffournier@verizon.net
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                         TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: Edwin Torres | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 12-18787-MDC |
|  | : |  |
|  | : | Second Application for Compensation |
|  | : | of Attorney Fees for Services |
|  | : | Rendered from 11/28/2014 to 8/1/2016 |

## ORDER TO APPROVE SECOND APPLICATION
## FOR COMPENSATION OF ATTORNEY FEES

AND NOW, this 1st day of September, 2016, upon consideration of Second Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $ 1,050.00 ($3,052.00 reduced by $1,952.00) in compensation for attorney fees and $ 0.00 in reimbursement of actual, necessary expenses are approved for costs and the amount owed of $ 1,050.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_____
Hon. Magdeline D. Coleman    J.
United States Bankruptcy Judge