UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Edwin Torres : Chapter 13
             Debtor : Bankruptcy No. 12-18787-MDC
:
: Motion to Modify Plan
: Post Confirmation

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

AND NOW, this 22nd day of September, 2016, upon the Motion to Modify Confirmed Plan it is hereby ORDERED and DECREED that the Amended Chapter 13 Plan Dated July 14, 2016, filed with the United States Bankruptcy Court simultaneously with this Motion will be permitted to supersede and amend all previously filed Plans.

The Plan complies with the provisions of Chapter 13 and all other applicable provision of Title 11 of the United States Code.

The Plan has been proposed in good faith and not by any means forbidden by law.

The Trustee shall make payments in accordance with the Debtor's Plan.

*Magdeline D. C_____*
Hon. Magdeline D. Coleman    J.
United States Bankruptcy Judge