United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edwin Torres  
    Debtor

Case No. 12-18787-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Sep 27, 2016  
                 Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.
```
db             +Edwin Torres,    2111 Granite Street,    Philadelphia, PA 19124-2207
cr             +American Credit Acceptance,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
                Albany, NY 12203-1006
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 28 2016 01:54:41     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2016 01:54:26
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 28 2016 01:54:39     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BCAT 2015-16TT,    c/o Shellpoint Mortgage Servicing
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEFFERY A. FOURNIER    on behalf of Debtor Edwin  Torres jefffournier@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Edwin Torres : Chapter 13
          **Debtor** : Bankruptcy No. 12-18787-MDC
                :
                : Motion to Modify Plan
                : Post Confirmation

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

AND NOW, this 22nd day of September, 2016, upon the Motion to Modify Confirmed Plan it is hereby ORDERED and DECREED that the Amended Chapter 13 Plan Dated July 14, 2016, filed with the United States Bankruptcy Court simultaneously with this Motion will be permitted to supersede and amend all previously filed Plans.

The Plan complies with the provisions of Chapter 13 and all other applicable provision of Title 11 of the United States Code.

The Plan has been proposed in good faith and not by any means forbidden by law.

The Trustee shall make payments in accordance with the Debtor's Plan.

_____
Hon. Magdeline D. Coleman    J.
United States Bankruptcy Judge