# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-18787-MDC

EDWIN TORRES

2111 GRANITE STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN TORRES

    2111 GRANITE STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER ESQUIRE
    2480-B DURHAM RD

    BRISTOL, PA 19007-

Date: 10/11/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee