**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 12-18787 MDC |
| Edwin Torres | : Chapter 13 |
|       Debtor | : |
| | : |
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-16TT c/o Shellpoint Mortgage Servicing | : |
|       Movant | : |
|     vs. | : |
| Edwin Torres | : |
|       Debtor/Respondent | : |
|    and | : |
| William C. Miller, Esquire | : |
|       Trustee/Respondent | |

**CERTIFICATION OF SERVICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING DATE**

I, Danielle Boyle-Ebersole, attorney for the Movant, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-16TT c/o Shellpoint Mortgage Servicing, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **January 26, 2017** upon the following:

Jeffery A. Fournier, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Edwin Torres
2111 Granite Street
Philadelphia, PA 19124
Via First Class Mail
*Debtor*

Dated: 01/26/17

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121