UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Edwin Torres | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 12-18787-MDC |
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as Trustee for BCAT 2015-16TT c/o Shellpoint Mortgage Servicing Movant | : | |
| vs. Edwin Torres Debtor/Respondent and William C. Miller, Esquire Trustee/Respondent | : | Answer to Motion For Relief |

PRAECIPE TO WITHDRAWAL

Kindly withdrawal Debtor/Respondent, Edwin Torres' Answer to Wilmington Savings Fund Society, FSB's Motion for Relief, document entry #103 filed on February 8, 2017.

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor/Respondent