# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Edwin Torres<br>　　　　　　Debtor | : Bankruptcy No. 12-18787 MDC<br>: Chapter 13<br>:<br>:<br>: |
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-16TT c/o Shellpoint Mortgage Servicing<br><br>　　　　　　Movant<br><br>　　vs.<br><br>Edwin Torres<br>　　　　　　Debtor/Respondent<br><br>　　and<br><br>William C. Miller, Esquire<br>　　　　　　Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**

TO THE CLERK:

　　Please mark the Motion for Relief from Stay, filed on January 26, 2017 at Doc. #99, as withdrawn.

Date: 05/05/2017

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/Danielle Boyle-Ebersole, Esquire
　　　　　　　　　　　　　　　　　　Danielle Boyle-Ebersole, Esquire
　　　　　　　　　　　　　　　　　　Hladik, Onorato & Federman, LLP
　　　　　　　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　　　　　　　Phone 215-855-9521
　　　　　　　　　　　　　　　　　　Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 12-18787 MDC |
|     Edwin Torres | : Chapter 13 |
|                      Debtor | : |
| | |
| Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-16TT c/o Shellpoint Mortgage Servicing | : |
|                      Movant | : |
|       vs. | : |
| Edwin Torres | : |
|                  Debtor/Respondent | : |
|       and | : |
| William C. Miller, Esquire | : |
|                  Trustee/Respondent | : |

**CERTIFICATE OF MAILING**

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw Motion for Relief from Stay to the parties at the addresses shown below on May 5, 2017.

The types of service made on parties were: Electronic Notification and First Class Mail:

Jeffrey A. Fournier, Esquire
Via Electronic Filing
*Attorney for Debtor*

Edwin Torres
2111 Granite Street
Philadelphia, PA 19124
Via First Class Mail
*Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Date: 05/05/2017                                         /s/Danielle Boyle-Ebersole, Esquire
                                                    Danielle Boyle-Ebersole, Esquire
                                                    Hladik, Onorato & Federman, LLP
                                                    298 Wissahickon Avenue
                                                    North Wales, PA 19454
                                                    Phone 215-855-9521
                                                    Fax 215-855-9121