United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-18787-mdc
Edwin Torres                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John            Page 1 of 2           Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW       Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db            +Edwin Torres,   2111 Granite Street,   Philadelphia, PA 19124-2207
cr            +American Credit Acceptance,   c/o Deily, Mooney & Glastetter, LLP,   8 Thurlow Terrace,
               Albany, NY 12203-1006
12859355     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court: American Honda Finance,   201 Little Falls Drive,
               Wilmington, De  19808)
12990384     +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
12859356     +BAC Home Loans Servicing LP,   450 American Street SV416X,   Simi Valley, CA 93065-6285
13639616      BCAT 2015-16TT,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
               Greenville, SC 29603-0826
12888115      Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
12893255     +Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
12859357     +Capital One Bank USA NA,   P. O. Box 30281,   Salt Lake City, UT 84130-0281
12859359     +Citifinancial,   c/o Care Dept.,   605 Munn Road,   Fort Mill, SC 29715-8421
12859361     +First Premier Bank,   3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
12859364     +HSBC Bank,   P. O. Box 5253,   Carol Stream, IL 60197-5253
13136217     +Jeffery A. Fournier, Esquire,   2480-B Durham Road,   Bristol, PA 19007-6902
12859369     +Philadelphia Municipal Court,   34 S. 11th Street, 5th Floor,   Philadelphia, PA 19107-4912
12859374     +TNB-Target,   P. O. Box 673,   Minneapolis, MN 55440-0673
12992686      eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:48    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:51
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12861797      E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 15 2017 01:06:11
               American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
               Irving, TX 75016-8088
12865146     +E-mail/Text: bankruptcy@acacceptance.com Jun 15 2017 01:05:58    American Credit Acceptance,
               961 E. Main St,   Attn: BK Dept,   Spartanburg SC 29302,   bankruptcy@acacceptance.com,
               8 29302-2185
12859354     +E-mail/Text: bankruptcy@acacceptance.com Jun 15 2017 01:05:58    American Credit Acceptance,
               P. O. Box 956126,   St. Louis, MO 63195-6126
12872464      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 01:11:20
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
12930019     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 15 2017 01:05:56    Asset Acceptance LLC,
               Po Box 2036,   Warren MI 48090-2036
12963603     +E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:48
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
12902310      E-mail/Text: mrdiscen@discover.com Jun 15 2017 01:05:18    Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
12859360     +E-mail/Text: mrdiscen@discover.com Jun 15 2017 01:05:18    Discovery Financial Service LLC,
               P. O. Box 15316,   Wilmington, DE 19850-5316
12859362     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 01:01:59    GECRB/Sams,   P. O. Box 965005,
               Orlando, FL 32896-5005
12859363     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 01:01:59    GECRB/Walmart,   P. O. Box 965024,
               Orlando, FL 32896-5024
12911949      E-mail/Text: cio.bncmail@irs.gov Jun 15 2017 01:05:25    IRS,   PO BOX 21126,   PHILA PA 19114
12859368     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2017 01:05:58    Midland Funding LLC,
               8875 Aero Drive,   Suite 200,   San diego, Ca 92123-2255
12859370      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2017 01:23:39
               Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA  23502
12929914      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2017 01:11:07
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
12859372     +E-mail/Text: appebnmailbox@sprint.com Jun 15 2017 01:05:57    Sprint,   P. O. Box 8077,
               London, KY 40742-8077
12908148     +E-mail/Text: bncmail@w-legal.com Jun 15 2017 01:06:12    TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12859373     +E-mail/Text: bankruptcy@culsllc.com Jun 15 2017 01:06:11    The Credit Union Loan SO,
               5036 Clark Howell Hwy.,   College Park, GA 30349-6064
12913301     +E-mail/Text: bankruptcy@culsllc.com Jun 15 2017 01:06:11    The Credit Union Loan Source, LLC,
               1669 Phoenix Parkway,   Suite 110,   College Park, GA 30349-5462
                                                                                             TOTAL: 21
```

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW            Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BCAT 2015-16TT,   c/o Shellpoint Mortgage Servicing
cr              Shellpoint Mortgage Servicing
12859358*      +Capital One Bank USA NA,    P. O. Box 30281,   Salt Lake City, UT 84130-0281
12859365*      +HSBC Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
12859366*      +HSBC Bank,    P. O. Box 5253,    Carol Stream, IL 60197-5253
12859367*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    ACS Support - Stop 5050,
                 P. O. Box 219236,   Kansas City, MO  64121)
12859371*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    120 Corporate Blvd.,   Norfolk, VA  23502)
                                                                                TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL     on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Shellpoint Mortgage Servicing debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              JEFFERY A. FOURNIER    on behalf of Debtor Edwin  Torres jefffournier@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edwin Torres
     Debtor(s)

Bankruptcy No: 12−18787−mdc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/14/17

109 − 108
Form 138_new