United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-18787-mdc
Edwin Torres                                                        Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jul 21, 2017
                             Form ID: 3180W        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
```
db            +Edwin Torres,   2111 Granite Street,   Philadelphia, PA 19124-2207
12990384      +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
13639616       BCAT 2015-16TT,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
               Greenville, SC 29603-0826
12888115       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13136217      +Jeffery A. Fournier, Esquire,   2480-B Durham Road,   Bristol, PA 19007-6902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jul 22 2017 01:27:25   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2017 01:26:30
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2017 01:27:20   U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12861797       EDI: HNDA.COM Jul 22 2017 01:23:00   American Honda Finance Corporation,
               National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
12865146      +EDI: ACBK.COM Jul 22 2017 01:28:00   American Credit Acceptance,   961 E. Main St,
               Attn: BK Dept,   Spartanburg SC 29302,   bankruptcy@acacceptance.com,   8 29302-2185
12872464       EDI: AIS.COM Jul 22 2017 01:23:00   American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
12930019      +EDI: ACCE.COM Jul 22 2017 01:28:00   Asset Acceptance LLC,   Po Box 2036,
               Warren MI 48090-2036
12963603      +E-mail/Text: bankruptcy@phila.gov Jul 22 2017 01:27:25
               CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,   ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
12893255       EDI: CAPITALONE.COM Jul 22 2017 01:28:00   Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
12902310       EDI: DISCOVER.COM Jul 22 2017 01:28:00   Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
12911949       EDI: IRS.COM Jul 22 2017 01:28:00   IRS,   PO BOX 21126,   PHILA PA 19114
12929914       EDI: PRA.COM Jul 22 2017 01:23:00   Portfolio Recovery Associates, LLC,   PO Box 41067,
               Norfolk VA 23541
12859372      +EDI: NEXTEL.COM Jul 22 2017 01:28:00   Sprint,   P. O. Box 8077,   London, KY 40742-8077
12913301      +E-mail/Text: bankruptcy@culsllc.com Jul 22 2017 01:27:11   The Credit Union Loan Source, LLC,
               1669 Phoenix Parkway,   Suite 110,   College Park, GA 30349-5462
12992686       EDI: ECAST.COM Jul 22 2017 01:28:00   eCAST Settlement Corporation,   POB 29262,
               New York, NY 10087-9262
                                                                             TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Wilmington Savings Fund Society et al c/o
               Shellpoint Mortgage Servicing debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JEFFERY A. FOURNIER   on behalf of Debtor Edwin Torres jefffournier@verizon.net
```

```
District/off: 0313-2          User: admin              Page 2 of 2          Date Rcvd: Jul 21, 2017
                              Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Edwin Torres** | Social Security number or ITIN  **xxx–xx–8567** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number:  **12–18787–mdc** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edwin Torres

<u>7/20/17</u>

**By the court:**   <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**